UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUN 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTIAN IVETH ORTEGA PACHECO; et al., <br><br> Petitioners, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General, <br><br> Respondent. | No. 20-70959 <br><br> Agency Nos. A208-571-020, A208-571-021, A208-571-022, A208-571-023 <br><br> Board of Immigration Appeals <br><br> **ORDER** |

Respondent has filed a statement of non-opposition to the motion to stay removal pending review. Pursuant to Ninth Circuit General Order 6.4(c), the temporary stay of removal continues in effect until issuance of the mandate or further order of the court.

The certified administrative record has been filed; the opening brief is due August 7, 2020; the answering brief is due October 6, 2020; and the optional reply brief is due within 21 days after service of the answering brief.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Noehly Lissette Castaneda
Deputy Clerk
Ninth Circuit Rule 27-7